CLAYTON KEMP V. THE STATE.

No. 10003.  Delivered February 3, 1926.

**Manufacturing Intoxicating Liquor—Appeal Dismissed—Request of Appellant.**

On the written request of appellant, duly verified by his affidavit, this appeal is dismissed.

Appeal from the District Court of Hopkins County.  Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—From conviction in the District Court of Hopkins County for possessing material for the manufacture of intoxicating liquor, with punishment fixed at two years in the penitentiary, this appeal is brought.

Appellant files an affidavit in proper form requesting the dismissal of his appeal.  The request is granted.  The appeal is dismissed.

*Dismissed.*